RICHARD LEE OWEN, II *v.* STATE OF INDIANA

[No. P.S. 410. Filed April 24, 1979. Rehearing denied May 18, 1979.
Transfer granted November 8, 1979.]

JAMES W. MCCARTY, SR. *v.* JOHN P. SPARKS AND
HELEN G. SPARKS, d/b/a STOP FIVE TAVERN

[No. 1-978A247. Filed April 24, 1979. Rehearing denied May 25, 1979.
Transfer denied September 10, 1979.]

*Vernon J. Petri, Doyal E. McLemore, Petri & Fuhs*, of Spencer, *B. Michael McCormick, McCormick, Weber & Boswell*, of Terre Haute, for appellant.